**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1378**

_____

MALIK BEY,

     Plaintiff – Appellant,

  v.

SHAPIRO BROWN & ALT, LLP, Substitute Trustees; NEW YORK
COMMUNITY BANK,

     Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Paul W. Grimm, District Judge.
(8:13-cv-01562-PWG)

_____

Submitted: September 16, 2014   Decided: October 6, 2014

_____

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Malik Bey, Appellant Pro Se. Bizhan Beiramee, Alexander Richard
Green, MCGINNIS WUTSCHER BEIRAMEE, LLP, Bethesda, Maryland;
Craig James Franco, ODIN, FELDMAN & PITTLEMAN, PC, Reston,
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malik Bey appeals the district court's orders dismissing his complaint alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692y (2012), the Maryland Consumer Debt Collections Act, Md. Code Ann., Com. Law, §§ 14-201 to -204, and the Maryland Consumer Protection Act, Md. Code Ann., Com. Law, §§ 13-101 to -501, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bey v. Shapiro Brown & Alt, LLP, No. 8:13-cv-01562-PWG (D. Md. Feb. 20 & Mar. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED